In re:  DAVID STEBBINS,
    Petitioner