OFFICE OF THE CLERK

**PATRICIA S. DODSZUWEIT**

**CLERK**

UNITED STATES COURT OF APPEALS
21400 UNITED STATES COURTHOUSE
601 MARKET STREET
PHILADELPHIA, PA  19106-1790

Website: www.ca3.uscourts.gov

TELEPHONE
215-597-2995



April 11, 2025

David Stebbins
123 Westridge Street
Apt D
Harrison, AR 72601

RE: In re: David Stebbins
Case Number: 25-1672
District Court Case Number: 1:24-mc-00478
District Court Case Number: 1:24-cv-01173
District Court Case Number: 1:24-cv-01174

**PACER account holders are required to promptly inform the PACER Service Center of any contact information changes. In order to not delay providing notice to attorneys or pro se public filers, your information, including address, phone number and/or email address, may have been updated in the Third Circuit database. Changes at the local level will not be reflected at PACER. Public filers are encouraged to review their information on file with PACER and update if necessary.**

**Effective December 15, 2008, the Court implemented the Electronic Case Files System. Accordingly, attorneys are required to file all documents electronically. See 3d Cir. L.A.R. 113 (2008) and the Court's CM/ECF website at www.ca3.uscourts.gov/cmecf-case-managementelectronic-case-files.**

To All Parties:

Enclosed is the case opening information regarding the above-captioned petition filed by **David Stebbins**, docketed at **No. 25-1672**. Any inquiries should be directed to your Case Manager in writing or by calling the Clerk's Office at 215-597-2995. This Court's rules, forms and case information are available on our website at http://www.ca3.uscourts.gov. The petition was received on **April 8, 2025.**

Counsel for Respondent(s) must file:
1. Application for Admission (if applicable); and
2. Appearance Form.
These forms must be filed **within 14 days of the date of this letter**.


Very truly yours,
Patricia S. Dodszuweit, Clerk

By: s/Pamela/gch
Case Manager
267-299-4943

cc: Honorable Maryellen Noreika, Esq.