# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

## No. 25-1672

In Re: David Stebbins
(Related to D. Del. Nos. 1:24-mc-00478; 1:24-cv-01173; 1:24-cv-01174)

## ORDER

Action on the above-captioned petition for writ of mandamus and motion to proceed in forma pauperis are hereby deferred.  Petitioner did not serve the petition for writ of mandamus on each party to the proceeding in the trial court (or on counsel for each party) nor provide a copy of the petition to the District Court judge.  See Fed. R. App. P. 21(a)(1).  A certificate of service reflecting that the petition has been served must be submitted to the Court of Appeals within fourteen (14) days of the date of this Order.  See Fed. R. App. P. 21, 25.  The petition will not be submitted to the Court until proof of service is filed.  If proof of service is not filed by the deadline, the petition may be dismissed without further notice.  See 3d Cir. L.A.R. 107.2.

For the Court,

 s/ Patricia S. Dodszuweit
Clerk

Dated: April 11, 2025
Gch/cc: David Stebbins