| | ) | |
|---|---|---|
| in re DAVID STEBBINS | ) | Case No. 25-1672 |
| Petitioner | ) | |
| | ) | |
| | ) | |

**MOTION FOR CM/ECF ACCESS**

RECEIVED APR 22 2025 U.S.C.A. 3rd CIR

Comes now, pro se Petitioner David Stebbins, who hereby submits the following Motion for CM/ECF Access in the above-styled action.

1. I live over 1,000 miles away from this Court. See www.google.com/maps. Whenever I mail something, it usually takes upwards of a week to reach you. This is especially problematic in circumtances like this one, where I am on a strict time limit to comply with this Court's orders. As such, I am greatly inconvenienced by not being given ECF access.

2. I have engaged in ECF access in federal appellate courts in the past. See Case No. 24-1740 in the 4th Circuit Court of Appeals, as well as Case No. 24-4992 in the 9th Circuit Court of Appeals, just to name a few. I therefore have experience with filing electronically and know what I'm doing.

3. I therefore respectfully ask the Court to grant me leave to file in this, and future, cases using this Court's ECF system, and to receive electronic and instant updates to all cases to which I am a party.

So requested on this, the 17th day of April, 2025.

David Stebbins
123 W. Ridge Ave.,
Apt D
Harrison, AR 72601
870-204-6516
acerthorn@yahoo.com

David Stebbins
123 W. Ridge Ave.
Apt D
Harrison, AR 72601

NW ARKANSAS AR 727
18 APR 2025 PM 1 L

RECEIVED
APR 22 2025
U.S.C.A. 3rd CIR

X-RAY
USMS

U.S. Court of Appeals
21400 US Courthouse
601 Market St.
Philadelphia, PA 19106

19106-171509