UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

in re DAVID STEBBINS      )
              Petitioner        )
                              )
                              )

Case No. 25-1672

RECEIVED APR 2 2 2025 U.S.C.A. 3rd CIR

## NOTICE OF SERVICE REGARDING PETITION FOR WRIT OF MANDAMUS

Comes now, pro se Plaintiff David Stebbins, who hereby submits the following Notice of Service Regarding Petition for Writ of Mandamus in the above-styled action.

1.      On April 11, 2025, this Court received my Petition for Writ of Mandamus, assigned it Case No. 25-1672, and held the petition, as well as application for leave to proceed in form pauperis, in abeyance until I submit proof that I have served the district court and all parties with copies of the petition.

2.      The Court can take judicial notice that, on April 17, 2025, I used the ECF system to upload a Notice of Filing of Petition for Writ of Mandamus – with a copy of the Petition attached thereto – in Case No. 1:24-mc-478-MN (the miscellaneous case) in the US District Court for the District of Delaware. See ECF 14. This effectively notifies the district court in all three cases, since the same district judge has been assigned to all three.

3.      Respectfully, I do not believe service is necessary on any other parties, owing to the simple fact that none of them have appeared in any of the three cases yet. After all, getting to that point in the case is the whole reason I'm seeking mandamus relief in the first place.

4.      If the Court disagrees with me, and wishes for me to serve copies of the petition on the several defendants, then please (A) explicitly state that you want me to do that, and (B) explain exactly how I am supposed to serve the individual defendants Skibbidy and Spectre when I don't know their addresses. Remember that I cannot serve them electronically unless they consent to said service. Even if they were willing to consent, that still puts me in a Catch-22 at this stage. So if the Court still wishes for me to serve all the defendants, please tell me how I should do so.

5.      So submitted on this, the 17th day of April, 2025.

David Stebbins
123 W. Ridge Ave.,
Apt D
Harrison, AR 72601
870-204-6516
acerthorn@yahoo.com

David Stebbins
123 W. Ridge Ave.
Apt D
Harrison, AR 72601

NW ARKANSAS AR 727

18 APR 2025 PM 1 L

X-RAY
USMS

U.S. Court of Appeals
21400 US Courthouse
601 Market St.
Philadelphia, PA 19106

RECEIVED
APR 2 2 2025
U.S.C.A. 3rd CIR

LOVE
forever usa

19106-171509