UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. **25-1672**

In Re: David Stebbins
(Related to D. Del. Nos. 1:24-mc-00478; 1:24-cv-01173; 1:24-cv-01174)

To: Clerk

    1)    Motion by Petitioner for Leave to Proceed In Forma Pauperis

    2)    Motion by Petitioner for CM/ECF Access
_____

    The motion to proceed in forma pauperis is granted. The Court may reconsider in forma pauperis status or request additional information at any time during the course of these proceedings.

    The motion for CM/ECF access is denied as unnecessary. The Court's permission is not required to register as an electronic filer, and it appears the petitioner has already registered.

For the Court,

 s/ Patricia S. Dodszuweit
Clerk

Dated: May 6, 2025
PDB/cc: David Stebbins