UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. **25-1672**

In re: David Stebbins
(Related to D. Del. Nos. 1:24-mc-00478; 1:24-cv-01173; 1:24-cv-01174)

**ORDER**

Petitioner has filed a pro se petition for a Writ of Mandamus seeking to compel the U.S. District Court for the District of Delaware to act in three matters: Civil Action Number 1:24-cv-01173, Civil Action Number 1:24-cv-01174, and Miscellaneous Action Number 1:24-mc-00478.  On May 13, 2025, the District Court transferred the two civil matters to the United States District Court for the Western District of Arkansas and closed the miscellaneous matter.  In light of this development, Petitioner is directed to file a written response within 21 days from the date of this Order addressing whether his mandamus petition is moot.

For the Court,

  s/ Patricia S. Dodszuweit
Clerk

Dated:   May 16, 2025

mw/cc:   David Stebbins