CLD-172

## UNITED STATES COURT OF APPEALS
## FOR THE THIRD CIRCUIT

_____

No. 25-1672

_____

In re:  DAVID STEBBINS,
                                        Petitioner

_____

On a Petition for Writ of Mandamus from the
United States District Court for the District of Delaware
(Related to D. Del. Misc. No. 1:24-mc-00478, Civ. No. 1:24-cv-01173, & Civ. No. 1:24-cv-01174)

_____

Submitted Pursuant to Rule 21, Fed. R. App. P.
June 26, 2025

Before:  KRAUSE, PHIPPS, and SCIRICA, <u>Circuit Judges</u>

_____

**ORDER**

_____

**PER CURIAM:**

This cause came to be considered on a petition for writ of mandamus submitted on June 26, 2025. On consideration whereof, it is now hereby

ORDERED by this Court that the petition for writ of mandamus be, and the same is, dismissed as moot. All of the above in accordance with the opinion of the Court.

DATED: August 5, 2025
cc: David Stebbins

A True Copy:

Patricia S. Dodszuweit, Clerk