| | OFFICE OF THE CLERK | |
|---|---|---|
| **PATRICIA S. DODSZUWEIT** | **UNITED STATES COURT OF APPEALS** | TELEPHONE |
| **CLERK** | FOR THE THIRD CIRCUIT<br>21400 UNITED STATES COURTHOUSE<br>601 MARKET STREET<br>PHILADELPHIA, PA  19106-1790 | 215-597-2995 |
| | Website: www.ca3.uscourts.gov | |



August 5, 2025

Randall C. Lohan
United States District Court for the District of Delaware
J. Caleb Boggs Federal Building
844 N King Street
Wilmington, DE 19801

RE: In re: David Stebbins
Case Number: 25-1672
District Court Case Number: 1:24-mc-00478
District Court Case Number: 1:24-cv-01173
District Court Case Number: 1:24-cv-01174

Dear Clerk:

Enclosed please find copies of the following filed today in the above-entitled case:

1. Opinion

2. Certified copy of the order dismissing the issuance of a writ of mandamus.

For the Court,


s/ Patricia S. Dodszuweit
Clerk

s/ Pamela – Case Manager 267-299-4943

cc: Honorable  Maryellen Noreika,
    David Stebbins